## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JANELLE L. BARLASS,

     Plaintiff,

v.

CITY OF JANESVILLE and
YURI RASHKIN,

     Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-256-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants City of Janesville and Yuri Rashkin dismissing this case with prejudice for plaintiff's failure to state a claim upon which relief may be granted.

_Peter Oppeneer_

Peter Oppeneer, Clerk of Court

6/6/12

Date